# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
P.O. Box #9013
Central Islip, NY 11722−9013

---

| | |
|---|---|
| IN RE: | CASE NO: 8−04−81211−mlc |
| Irfan Ur Rahman and Hameeda Rahman | |
| SSN/TAX ID: | CHAPTER: 7 |
| xxx−xx−8767              xxx−xx−0891 | |
| DEBTOR(s) | |

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- R Kenneth Barnard (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Melanie L. Cyganowski
United States Bankruptcy Judge

Dated: September 27, 2005

**BLfnld7** [Final Decree rev 08/05/03]